

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| ALISSA JAMISON, MANDY BRANTLEY, on behalf of themselves individually and all others similarly situated, | ) ) ) | |
|  | ) | No. 09 C 7513 |
| Plaintiffs, | ) ) | Judge Castillo |
| SUMMER INFANT (USA), Inc. a Delaware Corporation, and TOYS "R" US d/b/a BABIES "R" US, a Delaware Corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

## FINAL APPROVAL ORDER AND JUDGMENT

This matter comes before the Court on the joint request of the parties for final approval of a Class Action Settlement Agreement and Release ("Agreement"), and based upon the papers submitted to the Court and all of the proceedings had in this matter to date.

IT IS HEREBY ORDERED:

1.      This Court has jurisdiction over the subject matter of this Lawsuit, the Parties to the Agreement, and the Settlement Class Members;

2.      Notice was given to the Settlement Class as set forth in the Agreement;

3.      The dissemination of Notice, as provided for in the Preliminary Approval Order, constituted the best practicable notice under the circumstances to all Class Members and fully met the requirements of Fed. R. Civ. P. 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other applicable law;

4.      Two members of the Settlement Class opted out of the Settlement Agreement;

5.      No members of the Settlement Class objected to the Settlement Agreement;

6.      The Agreement is deemed to be fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED:**

7.    That all defined terms contained herein shall have the same meanings as set forth in the Agreement;

8.    That the Agreement is finally approved and the Parties shall implement it pursuant to its terms;

9.    That the Court hereby dismisses with prejudice this Lawsuit, and all Released Claims, defined in the Agreement as any and all claims, debts, demands, controversies, obligations, losses, rights or causes of action or liabilities of any kind or nature whatsoever, whether fixed or contingent, accrued or un-accrued, liquidated or un-liquidated, matured or un-matured, known or unknown, that were asserted or could have been asserted in this Action against the Released Parties, in connection with any and all claims related to Summer Infant Video Monitors, Model Numbers 02090, 02220, 09090, 02080, 02720, 02100, 02095, 02180, 02010, 02500, and 02740, including all prior and subsequent versions of any models named as well as any refreshes and refurbishes of any models named and sold, arising from the nondisclosure of the encryption capabilities (or lack thereof) of said monitors. Notwithstanding the foregoing, nothing shall be deemed a release of: (a) the Parties' respective rights and obligations under the Agreement; or (b) a Settlement Class Member's (excluding Plaintiffs and the Prior Litigants) individual claims for physical or bodily injury, property loss or property damage.

10.    That, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay, and the entry of a Final Judgment in hereby ordered; and

11.    That, based upon a review of Class Counsel's petition for attorneys' fees and costs, an award of $725,000.00 is hereby deemed fair and reasonable for the fees and costs

associated with the prosecution and settlement of this Lawsuit, which figure is based upon Class Counsel's submitted hourly rates and expense reports, but otherwise, the Parties are to bear their own attorneys' fees and costs; and

12.     That this Court bars and permanently enjoins all Settlement Class Members, except those who opted out, from instituting or prosecuting any action or proceeding against Defendants for liability based upon the Released Claims.

SO ORDERED:

_____
The Honorable Ruben Castillo

Dated:

5/16/12

3